UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: :<br><br>SOUNDVIEW ELITE, LTD. ET AL,<br><br>Debtors. | Chapter 11<br><br>Case No. 13-13098 (REG)<br><br>(Jointly Administered) |
| ALPHONSE FLETCHER, JR., AND<br>GEORGE E. LADNER,<br><br>Appellants,<br>v.<br><br>PETER ANDERSON AND MATTHEW WRIGHT, PASIG LTD., AMERICA ALTERNATIVE INVESTMENTS INC., OPTIMA ABSOLUTE RETURN FUND LTD., AND RICHCOURT ALLWEATHER FUND INC. (THE "BVI PETITIONERS"), THE SOLON GROUP, THE LAST'S PRINCIPAL DEBORAH HICKS MIDANEK, AND CITCO GLOBAL CUSTODY (N.A.) N.V. ("CITCO")<br><br>Appellees. | *On Appeal from the United States Bankruptcy Court for the Southern District of New York (Hon. Robert E. Gerber)*<br><br>**NOTICE OF APPEAL BY ALPHONSE FLETCHER, JR., AND GEORGE E. LADNER TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK** |

Notice is hereby given that, pursuant to 28 U.S.C. §§ 158(d)(1) & 1291 and Federal Rule of Appellate Procedure 3(a)(1), Alphonse Fletcher, Jr., and George E. Ladner, appellants in the above-captioned action, hereby appeal to the United States District Court for the Southern District of New York from that certain Order entered in this action on January 23, 2014 [ECF No. 156], a true and correct copy of which *Order* is attached hereto as **Exhibit "A"**.

### APPELLANTS:

| **Alphonse Fletcher, Jr.** | *George E. Ladner* |
|---|---|
| *pro se*<br>Member of Debtors' Board of Directors | *pro se*<br>Member of Debtors' Board of Directors |

1

**APPELLEES:**
**Peter Anderson and Matthew Wright**
the Joint Official Liquidators of the Limited Debtors (the "JOLs")

MORRISON & FOERSTER LLP
Counsel for the Joint Official Liquidators
1290 Avenue of the Americas
New York, New York 10104
By: John A. Pintarelli, Esq. (argued)
James J. Beha, II, Esq. (argued) William H. Hildbold, Esq.
425 Market Street
San Francisco, California 94105 By: Larry Engel, Esq. (argued)

**Pasig Ltd.**

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Counsel for Pasig Ltd.
1633 Broadway
New York, New York 10019
By: Andrew K. Glenn, Esq. (argued)
Jeffrey R. Gleit, Esq. (argued)

**America Alternative Investments Inc., Optima Absolute Return Fund Ltd., and Richcourt Allweather Fund Inc. (the "BVI Petitioners"), the Solon Group, and the last's principal Deborah Hicks Midanek**

OSTAD PLLC
Counsel for Richcourt Allweather Fund Inc.; Optima Absolute Return Fund Ltd.; America Alternative Investments Inc.; Solon Group, Inc.; and Deborah Hicks Midanek
185 Great Neck Road, Suite 330 Great Neck, New York 11021
By: Karen Ostad, Esq. (argued)

**Citco Global Custody (N.A.) N.V. ("Citco")**

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Counsel for Citco Global Custody (N.A.) N.V.
1285 Avenue of the America
New York, New York, 10019-6064
By: Kelley A. Cornish, Esq.
(only an initial limited appearance)

**WILLIAM K. HARRINGTON**

Office of the United States Trustee, Region 2

2

201 Varick Street, Suite 1006
New York, New York 10014
By: Richard C. Morrissey, Esq. (argued)


Dated:  February 6, 2014


Respectfully Submitted,

ALPHONSE FLETCHER, JR.
and
GEORGE E. LADNER


By:     _____
        Alphonse Fletcher. Jr.
        (AFletcher@Fletcher.com)

        Address: 188 Minna Street
                 San Francisco, CA 94105

        Phone: (415)702-0070


By:     _____

        George E. Ladner
        (GLadner@Fletcher.com)

        Address: 19509 River Falls Drive
                 Davidson, NC 28036

        Phone: 704-892-7530


        Appellants, Members of the Board of
        Directors of Soundview Elite Ltd. et al

3